**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CAREY PEDEN**                                                                           **PLAINTIFF**

**v.**                            **No: 3:19-cv-00070 KGB-PSH**

**CRAIGHEAD COUNTY JAIL,** *et al.*                                      **DEFENDANTS**

## ORDER

Plaintiff Carey Peden filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on March 26, 2019, while incarcerated at the Craighead County Detention Center (Doc. No. 1). Peden was granted leave to proceed *in forma pauperis* and ordered to file an amended complaint. Doc. No. 4. Peden was instructed to name individual defendants, to describe how *each* defendant violated his constitutional rights, and to describe how he was injured. *Id*. Peden filed an amended complaint but has not described how each defendant was personally involved in the violation of his constitutional rights. Doc. No. 5.

Peden will be allowed another opportunity to amend his complaint to fully describe his claims. Peden is cautioned that an amended complaint renders his original complaint without legal effect; only claims properly set out in the amended complaint will be allowed to proceed. In the event Peden fails to file an amended complaint conforming to this order within thirty days, this case may be dismissed. The Clerk of Court is directed to send Peden a blank § 1983 form.

IT IS SO ORDERED this 17th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE