IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAREY PEDEN                                                                                     PLAINTIFF

v.                                      No: 3:19-cv-00070 KGB-PSH

CRAIGHEAD COUNTY JAIL, *et al.*                                                     DEFENDANTS

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Carey Peden, then an inmate at the Craighead County Detention Facility, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on March 26, 2019 (Doc. No. 1). Mail later sent to Peden was returned as undeliverable, and the envelope was entered on the docket. Doc. No. 16. On May 20, 2019, the Court entered a text order notifying Peden that the mail could not be delivered to him because he was no longer at the address he provided. Doc. No. 17. Peden was directed to provide notice of his current mailing address by no later than thirty days from the entry of the May 20, 2019 text order.[1] He was warned that his failure to provide a current mailing

---

[1] In its initial order to Peden, the Court notified him of his duty to promptly notify the Clerk and the parties of any change in his address. The Court also notified Peden that if any communication from

address would cause the undersigned to recommend his complaint be dismissed. A printed version of the text order was sent to him at his last known address. The envelope addressed to the Craighead County Detention Facility containing the Court's May 20 order was returned because Peden was no longer housed there. Doc. No. 25. Other mail was also returned. *See* Doc. Nos. 22 & 26.

More than 30 days have passed, and Peden has not complied with or otherwise responded to the May 20 order. Peden failed to notify the Clerk and the other parties to the proceedings of a change in his address as required by Local Rule 5.5(c)(2). Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Peden's complaint be DISMISSED WITHOUT PREJUDICE.

DATED this 2nd day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

---

the Court to him is not responded to within 30 days, his case may be dismissed without prejudice. Doc. No. 2.