THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CAREY PEDEN                                                                                            PLAINTIFF

v.                                   Case No. 3:19-cv-00070-KGB

CRAIGHEAD COUNTY JAIL, *et al.*                                                            DEFENDANTS

## ORDER

Before the Court are the Amended Proposed Findings and Partial Recommendation and the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. Nos. 12, 27). No objections have been filed to either of these recommendations, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Harris' recommendations.

Therefore, the Court adopts the Amended Proposed Findings and Partial Recommendation in their entirety as this Court's findings of fact and conclusions of law (Dkt. No. 12). The Court denies as moot Judge Harris's Proposed Findings and Partial Recommendation, which were superseded by the Amended Proposed Findings and Partial Recommendation (Dkt. No. 10). As a result, the Court screens plaintiff Carey Peden's complaint. The Court dismisses without prejudice Mr. Peden's claims against separate defendant Brown and his claims based on verbal threats for failure to state a claim upon which relief can be granted.

Next, the Court adopts the Proposed Findings and Recommendation, in which Judge Harris recommends that Mr. Peden's remaining claims in his complaint be dismissed without prejudice for failure to respond to the court's orders and for failure to prosecute this action (Dkt. No. 27). The Court dismisses without prejudice Mr. Peden's remaining claims in his complaint.

It is so ordered this 27th day of January, 2020.

_____
Kristine G. Baker
United States District Judge