THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CAREY PEDEN**                                                                                              **PLAINTIFF**

**v.**                                        **Case No. 3:19-cv-00070-KGB**

**CRAIGHEAD COUNTY JAIL,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Carey Peden's complaint and amended complaints are dismissed without prejudice. The relief requested is denied.

It is so adjudged this 27th day of January, 2020.

_____
Kristine G. Baker
United States District Judge